1056

[No. 44241-4-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. J.R.R., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-06431-7, John M. Darrah, J., entered February 24, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44256-2-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ROBERT BEALS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01425-8, David F. Hulbert, J., entered February 17, 1999. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Ellington, J., concurred in by Agid, A.C.J., and Webster, J. Now published at 100 Wn. App. 189.

[No. 44348-8-I.    Division One.    March 6, 2000.]

MARJORIE A. DEMERS, *Appellant*, v. STEVE P. LEE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-29468-1, Jim Bates, J., entered April 13, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44363-1-I.    Division One.    March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS GENE ROWLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00679-4, Charles S. French, J., entered March 15, 1999. *Affirmed* by unpublished per curiam opinion.